1  JOHN M. BEALL Bar No. 179921
   LAW OFFICE OF JOHN M. BEALL
2  2747 N. GRAND # 264
   SANTA ANA, CA 92705-8751
3  Telephone (714) 532-2777
   Fax (714) 532-2999
4
5  Attorney for Plaintiff KARIE MCDOWELL

FILED
AUG 25 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

12  KARIE MCDOWELL, an individual,        ) CASE NO. SACV02-226 GLT (MLGX)
                                          )
13         Plaintiff,                     ) (~~PROPOSED~~ JUDGEMENT)
                                          )
14     vs.                                )
                                          )
15  JONI RAE ROGERS, an individual; SGII, )
    INC., fka SENEGENCE INTERNATIONAL     )
16  INC. dba SENEGENCE INTERNATIONAL      )
                                          ) JUDGE GARY TAYLOR
17         Defendants.                    ) COURTROOM 10D
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )

ENTERED
AUG 26 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

_X_ Priority
_X_ Send
___ Clsd
_X_ Enter
_X_ JS-5/JS-6
___ JS-2/JS-3

22      This matter came on regularly for trial before a jury on July 8th, 2003 in Courtroom 10D of
23  the above entitled Court, the Honorable Judge Gary L. Taylor presiding. Appearing for the Plaintiff
24  was John M. Beall. Appearing for the defendants was Lawrence Lannon and Michael Moad.
25      A jury of 8 persons was regularly impaneled and sworn to try the action. Witnesses on the
26  part of the Plaintiff and Defendants were sworn and examined. After hearing the evidence, the
27  arguments of counsel, and instructions of the Court, the jury retired to consider its verdict, and

28  THIS CONSTITUTES NOTICE OF ENTRY
    AS REQUIRED BY FRCP, RULE 77(d).

ENTER ON ICMS
AUG 26 2003

PROPOSED JUDGMENT
1

1 | subsequently returned into Court and duly rendered their verdict in writing on July 17, 2003 as
2 | follows:
3 |     We, the jury, find as follows by a preponderance of the evidence:
4 | 1. Did a defendant infringe Plaintiff's <u>copyright</u>?

| | | |
|---|---|---|
| JONI RAE ROGERS | YES _X_ | NO ___ |
| SENEGENCE INTERNATIONAL | YES _X_ | NO ___ |

2. If either part of Question 1 is answered "Yes", what percentage, if any, of the sales is attributable to Plaintiff's artwork in:

    a. marketing materials and supplies incorporating Plaintiff's art, sold to distributors?

        _.25_ %

    b. products sold to consumers?

        _1.0_ %

3. Did a defendant commit <u>fraud</u> against Plaintiff in regards to the parties' initial agreement?

| | | |
|---|---|---|
| JONI RAE ROGERS | YES ___ | NO _X_ |
| SENEGENCE INTERNATIONAL | YES ___ | NO _X_ |

4. Did a defendant commit <u>fraud</u> against Plaintiff in regards to a Christmas painting?

| | | |
|---|---|---|
| JONI RAE ROGERS | YES _X_ | NO ___ |
| SENEGENCE INTERNATIONAL | YES _X_ | NO ___ |

5. If you answered yes to three or four above, what damages, if any, do you award Plaintiff for fraud?

$ <u>ONE DOLLAR</u>

Based upon the above jury verdict in this matter:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.) Plaintiff Karie McDowell is the prevailing party at trial and she is entitled to receive her costs according to proof pursuant to FRCP 54.

2.) Plaintiff's damages based on the jury verdict percentages are to be determined according to proof pursuant to the schedule contained within the court order of July 18, 2003.

Dated: August 25, 2003

GARY L. TAYLOR

UNITED STATES DISTRICT JUDGE

NAME, ADDRESS, AND TELEPHONE NUMBER
OF ATTORNEY(S)
4
JOHN M. BEALL #179921
ATTORNEY AT LAW
2747 N. GRAND # 264
SANTA ANA, CA 92705-8751
714 532 2777; 714 532 2999
ATTORNEY(S) FOR PLAINTIFF MCDOWELL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MCDOWELL

PLAINTIFF(S)

VS.

SENEGENCE et al

DEFENDANT(S)

CASE NUMBER

CV SACV02-226 GLT(MLGX)

PROOF OF SERVICE
ACKNOWLEDGMENT OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of ORANGE, State of California, and not a party to the above-entitled cause. On August 14, 2003, I served a true copy of PROPOSED JUDGMENT _____ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(B); [X] by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: *(list names and addresses for person(s) served. Attach additional sheets if necessary.)*

LANNON & ASSOC
2081 BUSINESS CENTER DR. #270
IRVINE, CA 92612

Place of Mailing: ORANGE, CA

Executed on AUGUST 14, 2003 at ORANGE, California

(OVER)

CV-40 (2/90)

CCD-40

PLEASE CHECK ONE OF THESE BOXES IF SERVICE IS MADE BY MAIL:

** [X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California. *

** [ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. *

I hereby certify under the penalty of perjury that the foregoing is true and correct.

** _____
SIGNATURE OF PERSON MAKING SERVICE
JOHN M. BEALL

## ACKNOWLEDGEMENT OF SERVICE

I, _____ , Received a true copy of the within

document on _____ , _____ .

_____
(Signature)

for: _____
(Party Served)

CV-40 (2/90)