

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KARIE MCDOWELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>SENEGENCE INT'L INC., et al.;<br><br>    Defendants. | Case No. SA CV 02-0226-GLT(MLGx)<br><br>FINDINGS AND CONCLUSIONS ON DAMAGES |

This matter went to trial in July 2003 and the jury returned a plaintiff's verdict of copyright infringement. The jury found the sales during the subject time period were 0.25% attributable to Plaintiff's artwork in marketing materials and supplies incorporating Plaintiff's art sold to distributors, and 1.0% attributable to Plaintiff's artwork in products sold to consumers. The application of these findings was left by the parties to the Court for determination of appropriate damages.

The Court has heard all the evidence, and the matter has been fully briefed and argued. No further briefing or evidentiary hearing is necessary.

After examination of the figures, Plaintiff has elected to waive

recovery based on 0.25% concerning artwork in materials and supplies sold to distributors. The issue for the Court's decision is the correct award concerning the 1.0% on sales to consumers.

The parties have agreed that Hearing Exhibit A, copy attached, sets forth Defendant's income and expenses during the applicable period. The parties do not agree whether, or to what extent, Defendant's expenses should be regarded as deductible costs in calculating damages. Under the agreed figures, Defendant had gross revenues of $46,820,896. Items treated as expenses came to a total of $44,682,398, for income before taxes of $2,138,498. Allocating a $15,138 provision for taxes, Hearing Exhibit A apparently includes a math error, calculating the net income at $2,153,636, rather than a correct subtracted total of $2,123,360.

As Defendants acknowledge in their brief, the loss on marketing materials should be deleted from the calculation, yielding an adjusted net profit figure, before taxes, of $2,442,280.

Plaintiff argues that, in determining the profit figure against which to apply the 1.0%, the Court should disallow any amount for overhead expenses. The Court declines to do this.

It is not appropriate to disallow Defendants' overhead expenses because of fraud. The jury found Defendant did not commit fraud regarding the parties' initial agreement - - the bulk of the case. The jury found fraud regarding the Christmas painting, but that painting had only insignificant impact, if any, on Defendants' profits. It would be unreasonable to disallow expenses on the basis of fraud.

The Court is unable to find there was willful infringement or

reckless disregard by Defendants of Plaintiff's rights. On the contrary, the evidence showed Plaintiff knew Defendants thought they had the right to use her art and were using it, and Plaintiff made no timely objection.

The <u>Kamar International</u> case and theory are not applicable to the facts of this case.

Based on these findings and conclusions, the Court finds the applicable profit figure against which to apply the 1.0% is $2,442,280, and Plaintiff is entitled to recover $24,422.80. Plaintiff is requested to submit a Final Judgment within 10 days.

DATED: March 9, 2004.

GARY L. TAYLOR
UNITED STATES DISTRICT COURT JUDGE

SGIL, INC. (fka Senegence International, Inc.)

Statement of Income from Operations

For the Period January 1, 2000, 2001, 2002 and the Six Months and 17 Days Ending July 17, 2003

| | Reviewed FYE 12/31/00 | % | Reviewed FYE 12/31/01 | % | Reviewed FYE 12/31/02 | % | Unaudited for the Six & 1/2 Months Ending 7/17/03 | % | Cumulative Gross Revenues Jan 2000 - July 17, 2003 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **GROSS REVENUES:** | | | | | | | | | | |
| Lip Products | 4,563,786 | 100.1% | 11,315,506 | 60.9% | 9,612,827 | 57.4% | 3,681,304 | 60.3% | 29,173,423 | 62.3% |
| Eye Products | | 0.0% | 1,691,179 | 9.1% | 1,205,202 | 7.2% | 516,469 | 8.5% | 3,412,870 | 7.3% |
| Facial Products | | 0.0% | 449,695 | 2.4% | 2,138,320 | 12.8% | 1,269,004 | 20.8% | 3,857,019 | 8.2% |
| Body Products | | | | | | | 93,312 | | 93,312 | |
| HSN | | 0.0% | 1,474,555 | 7.9% | 1,029,892 | 6.2% | 0 | 0.0% | 2,504,447 | 5.3% |
| Products - Gross | 4,563,786 | 100.1% | 14,930,935 | 80.3% | 13,986,241 | 83.6% | 5,560,109 | 80.2% | 39,041,071 | 83.4% |
| Refunds & Returns | (119,225) | -2.6% | | 0.0% | (485,490) | -2.9% | (205,040) | -3.0% | (809,755) | -1.7% |
| Products - Net | 4,444,561 | 97.5% | 14,930,935 | 80.3% | 13,500,751 | 80.7% | 5,355,069 | 77.2% | 38,231,316 | 81.7% |
| Senesites | | 0.0% | 170,979 | 0.9% | 193,755 | 1.2% | 192,326 | 3.1% | 557,060 | 1.2% |
| Other Income | 114,549 | 2.5% | 517,917 | 2.8% | 699,877 | 4.2% | 561,390 | 9.2% | 1,893,733 | 4.0% |
| Other Income | 114,549 | 2.5% | 688,896 | 3.7% | 893,632 | 5.3% | 753,716 | 10.9% | 2,450,793 | 5.2% |
| **Total Revenues Net Supplies** | $ 4,559,110 | 100.0% | $ 15,619,831 | 84.0% | $ 14,394,383 | 86.0% | $ 6,108,785 | 88.1% | $ 40,682,109 | 86.9% |
| Supplies | | | 2,975,239 | 16.0% | 2,338,730 | 14.0% | 824,818 | 11.9% | 6,138,787 | 13.1% |
| **TOTAL REVENUES** | $ 4,559,110 | 100.0% | $ 18,595,070 | 100.0% | $ 16,733,113 | 100.0% | $ 6,933,603 | 100.0% | $ 46,820,896 | 100.0% |
| **COST OF REVENUES:** | | | | | | | | | | |
| Lip Products | 682,079 | 15.0% | 1,381,288 | 7.4% | 1,312,558 | 7.8% | 494,870 | 7.1% | 3,870,593 | 8.3% |
| Eye Products | | 0.0% | 269,556 | 1.4% | 156,889 | 0.9% | 66,792 | 1.0% | 493,237 | 1.1% |
| Facial Products | | 0.0% | 47,396 | 0.3% | 281,276 | 1.7% | 146,073 | 2.1% | 474,745 | 1.0% |
| Body Products | | | | | | | 15,858 | 0.2% | 15,858 | |
| HSN | | 0.0% | 1,354,823 | 7.3% | 986,542 | 5.9% | 0 | 0.0% | 2,341,165 | 5.0% |
| Cost of Products | 682,079 | 15.0% | 3,052,863 | 16.4% | 2,737,263 | 16.4% | 723,392 | 10.4% | 7,195,597 | 15.4% |
| HSN Commissions | | | 165,514 | | 198,295 | | 0 | | 363,809 | |
| Royalties | 83,220 | 1.8% | 330,011 | 1.8% | 301,633 | 1.8% | 121,647 | 1.8% | 836,711 | 1.8% |
| Other Cost of Revenues | 452,140 | 9.9% | 652,665 | 3.5% | 1,202,829 | 7.2% | 316,951 | 4.6% | 2,624,585 | 5.6% |
| Other Cost of Revenues | 535,360 | 11.7% | 1,148,190 | 6.2% | 1,702,957 | 10.2% | 438,598 | 6.3% | 3,825,105 | 8.2% |
| Distributor Commissions | 846,850 | 18.6% | 3,039,607 | 16.3% | 2,858,810 | 17.1% | 1,240,096 | 17.9% | 7,985,363 | 17.1% |
| Total Cost of Goods Sold Net Supp | 2,064,289 | 45.3% | 7,240,660 | 38.9% | 7,299,030 | 43.6% | 2,402,086 | 34.6% | 19,008,065 | 46.7% |
| Supplies | 11,013 | 0.2% | 1,469,588 | 7.9% | 1,040,536 | 6.2% | 359,799 | 5.2% | 2,880,936 | 6.2% |
| **TOTAL COST OF REVENUES** | $ 2,075,302 | 45.5% | $ 8,710,248 | 46.8% | $ 8,339,566 | 49.8% | $ 2,761,885 | 39.8% | $ 21,887,001 | 46.7% |
| **GROSS PROFIT** | $ 2,483,808 | 54.5% | $ 9,884,822 | 53.2% | $ 8,393,547 | 50.2% | $ 4,171,717 | 60.2% | $ 24,933,894 | 53.3% |

FINANCIAL DOCUMENTS

C-1

Unaudited Statements

8/28/2003

SGII, INC. (FKA Senegence International, Inc.)

Statement of Income from Operations

For the Period January 1, 2000, 2001, 2002 and the Six Months and 17 Days Ending July 17, 2003

| | Reviewed FYE 12/31/00 | | Reviewed FYE 12/31/01 | | Reviewed FYE 12/31/02 | | Unaudited for the Six & 1/2 Months Ending 7/17/03 | | Cumulative Gross Revenues Jan 2000 - July 17, 2003 | |
|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL & ADMINISTRATIVE EXPENSES: | | | | | | | | | 0 | |
| Salaries & Wages | 522,234 | 11.5% | 2,772,698 | 17.8% | 3,495,858 | 24.3% | 1,749,999 | 28.6% | 8,540,787 | 21.0% |
| Computer Software/Hardware | 0 | 0.0% | 459,253 | 2.9% | 181,115 | 1.3% | 14,446 | 0.2% | 654,814 | 1.6% |
| Legal | 267,433 | 5.9% | 1,150,918 | 7.4% | 705,682 | 4.9% | 77,075 | 1.3% | 2,201,106 | 5.4% |
| Credit Card Charges | 104,166 | 2.3% | 319,100 | 2.0% | 313,211 | 2.2% | 158,426 | 2.6% | 894,903 | 2.2% |
| Consulting | 169,723 | 3.7% | 469,076 | 3.0% | 420,134 | 2.9% | 97,587 | 1.6% | 1,156,520 | 2.8% |
| Rent | 92,914 | 2.0% | 199,390 | 1.3% | 222,154 | 1.5% | 96,842 | 1.6% | 611,300 | 1.5% |
| Equipment Leases | 34,412 | 0.8% | 112,487 | 0.7% | 123,778 | 0.9% | 47,932 | 0.8% | 318,609 | 0.8% |
| Seminars | 79,897 | 1.8% | 617,460 | 4.0% | 836,921 | 5.8% | 384,985 | 6.3% | 1,919,263 | 4.7% |
| Sensties | 0 | 0.0% | 142,306 | 0.9% | 0 | 0.0% | 0 | 0.0% | 142,306 | 0.3% |
| T&E - Travel | 0 | 0.0% | 120,777 | 0.8% | 71,517 | 0.5% | 11,714 | 0.2% | 204,008 | 0.5% |
| Depreciation & Amortization | 65,964 | 1.4% | 247,323 | 1.6% | 320,991 | 2.2% | 143,174 | 2.3% | 777,452 | 1.9% |
| Other Expenses | 860,975 | 18.9% | 1,833,640 | 11.7% | 1,587,039 | 11.0% | 600,768 | 9.8% | 4,882,420 | 12.0% |
| Total G & A Expenses | 2,197,718 | 48.2% | 8,444,424 | 45.4% | 8,278,399 | 49.5% | 3,382,947 | 48.8% | 22,303,489 | 47.6% |
| Income from Operations | 286,090 | 6.3% | 1,440,398 | 7.7% | 115,148 | 0.7% | 788,770 | 11.4% | 2,630,406 | 5.6% |
| Interest Income | 1,250 | 0.0 | 25,377 | 0.0 | 3,288 | 0.0 | 57 | 0.0 | 29,972 | 0.0 |
| Interest Expense | (1,827) | (0.0) | (6,007) | (0.0) | (215,746) | (0.0) | (98,369) | (0.0) | (321,949) | (0.0) |
| Legal Settlements | | 0.0 | (466,506) | (0.0) | (400,000) | (0.0) | (15,001) | (0.0) | (881,507) | (0.0) |
| Insurance for Legal Settlements | | 0.0 | 0 | | 681,576 | 0.5% | 0 | 0.0 | 681,576 | 0.0 |
| | (577) | 0.0% | (447,136) | -2.9% | 69,118 | | (113,313) | -1.9% | (491,908) | -1.2% |
| Income Before Taxes | 285,513 | 6.3% | 993,262 | 6.4% | 184,266 | 1.3% | 675,457 | 11.1% | 2,138,498 | 5.3% |
| Provision for Taxes | 4,126 | 0.0 | (20,064) | (0.0) | 800 | 0.0 | 0 | 0.0 | (15,138) | (0.0) |
| NET INCOME | $ 281,387 | 6.2% | 1,013,328 | 6.5% | 183,466 | 1.3% | 675,457 | 11.1% | 2,153,636 | 5.3% |

FINANCIAL DOCUMENTS

C-2

8/28/2003
Unaudited Statements

SGII, INC. ( fka Senegence International, Inc.)

Definition of Revenue & Expense Line Items

**GROSS REVENUES:**
| | |
|---|---|
| Lip Products | Sale from Lip Colors, Glosses, Shimmers, Liners and Ooops Remover |
| Eye Products | Sale from Eye Shadows, Eye Liner, Brow, Lash |
| Facial Products | Sale from moisterizer, cleanser, foundation, blush, concealer |
| Body Products | Sale of Lotion, body wash and body scrub |
| HSN | Sale of lip color and gloss specifically for Home Shopping Network |
| **PRODUCTS - GROSS** | **SUM of all revenues above** |
| Refunds & Returns | Products and returned because of damaged goods or refunds |
| **PRODUCTS - NET** | **Gross Products less Returns & Refunds** |
| Senesites | Revenue from Distributors for maintainence of their websites |
| Other Income | Shipping Income, revenue from seminars and Leadership, Miscellaneous |
| **Total Revenue Net of Supplies** | **SUM of all revenues above** |
| Supplies | Non-commissionable supplies sold for marketing and/or promotional use not intended for resale to the end-c |
| **TOTAL REVENUES** | **SUM of all revenues above** |

**COST OF REVENUES:**
| | |
|---|---|
| Lip Products | Cost to Maunfacture Lip Colors, Glosses, Shimmers, Liners and Ooops |
| Eye Products | Cost to Manufacture Eye Shadows, Eye Liner, Brow, Lash |
| Facial Products | Cost to Manufacture Moisterizer, Cleanser, Foundation, Blush, Concealer |
| Body Products | Cost to Manufacture Lotion, Body Wash and Body Scrub |
| HSN | Cost of HSN products |
| **COST OF PRODUCTS** | **SUM of Above Costs** |
| HSN Commissions | Amount paid to HSN based on Sale of HSN products |
| Royalties | Royaties paid to Patent Holder for exclusive right to sell products |
| Other Cost of Revenues | Shipping Expenses, Shipping supplies, Discounts, Misc |
| Distributor Commissions | Commission paid to Independent distributors based on sales. |
| **Total Cost of Goods Sold Net of Supplies** | **SUM of Above Costs** |
| Supplies | Cost of Non-commissionable supplies sold for marketing and/or promotional use not intended for resale to the end-consumer |
| **TOTAL COST OF REVENUES** | **SUM of All Costs** |

**GROSS PROFIT**  **Total Revenue Less Total Cost of Revenues**

**GENERAL & ADMINISTRATIVE EXPENSES:**
| | |
|---|---|
| Salaries & Wages | Payroll of all corporate employees |
| Computer Software/Hardware | Expenses incurred in maintaining and updating office computers & servers |
| Legal | Expenses incurred for outside counsel, litigations and legal filings |
| Credit Card Charges | Fees associated in processing credit cards |
| Consulting | Expenses paid to Outside Consultants |
| Rent | |
| Equipment Leases | Leases for office equipment such as copiers and printers |
| Seminars | Expenses for special events, contests, promotions, and trainings |
| Senesites | Expenses incurred in the enhancement of distributor websites |
| T&E - Travel | Expenses incurred in travel and entertainment such as mileage & meals |
| Depreciation & Amortization | Depreciation & amortization of fixed assets |
| Other Expenses | Includes other operational expenses e.g., Bank fees, Office Expense, Office Supplies, Insurance, License, Repairs etc. |
| **TOTAL G&A EXPENSES** | **SUM of all G&A Expenses** |

**INCOME FROM OPERATIONS**  **Gross Profit less Total G&A Expenses**

| | |
|---|---|
| Interest Income | |
| Interest Expense | |
| Legal Settlements | Expenses for Legal Settlements |
| Insurance for Legal Settlements | Reimbursement of legal fees incurred for litigation |

**INCOME BEFORE TAXES**  **Income form Operations less OTHER Income**

Provision for Taxes

**NET INCOME**

**FINANCIAL DOCUMENTS**

C-3