JOHN M. BEALL Bar No. 179921
LAW OFFICE OF JOHN M. BEALL
2747 N. GRAND # 264
SANTA ANA, CA 92705-8751
Telephone (714) 532-2777
Fax (714) 532-2999

Attorney for Plaintiff KARIE MCDOWELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KARIE MCDOWELL, an individual, | CASE NO. SACV02-226 GLT (MLGX) |
| Plaintiff, | (PROPOSED) JUDGEMENT) |
| vs. | Priority ☒<br>Send ☒<br>Enter ☒<br>Closed<br>JS-5/JS-6<br>JS-2/JS-3 |
| JONI RAE ROGERS, an individual; SGII, INC., fka SENEGENCE INTERNATIONAL INC. dba SENEGENCE INTERNATIONAL | |
| Defendants. | JUDGE GARY TAYLOR  Scan Only<br>COURTROOM 10D |
| THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). | ☒ Docketed<br>☒ Copies / NTC Sent<br>☒ JS - 5 / JS - 6<br>☐ JS - 2 / JS - 3<br>☐ CLSD |

This matter came on regularly for trial before a jury on July 9th, 2003 in Courtroom 10D of the above entitled Court, the Honorable Judge Gary L. Taylor presiding. Appearing for the Plaintiff was John M. Beall. Appearing for the defendants was Lawrence Lannon.

A jury of 8 persons was regularly impaneled and sworn to try the action. Witnesses on the part of the Plaintiff and Defendants were sworn and examined. After hearing the evidence, the arguments of counsel, and instructions of the Court, the jury retired to consider its verdict, and

PROPOSED JUDGMENT
1

subsequently returned into Court and duly rendered their verdict in writing on July 17, 2003 as follows:

    We the jury find as follows by a preponderance of the evidence:

1. Did a defendant infringe Plaintiff's copyright?

| | | |
|---|---|---|
| JONI RAE ROGERS | YES _X_ | NO ___ |
| SENEGENCE INTERNATIONAL | YES _X_ | NO ___ |

2. If either part of Question 1 is answered "Yes" what percentage, if any, of the sales is attributable to Plaintiff's artwork in:

    a. Marketing materials and supplies incorporating Plaintiff's art sold to distributors?

Answer: .25%

    b. products sold to consumers?

Answer: 1%

3. Did a defendant commit fraud against Plaintiff in regards to the parties' initial agreement?

| | | |
|---|---|---|
| JONI RAE ROGERS | YES ___ | NO _X_ |
| SENEGENCE INTERNATIONAL | YES ___ | NO _X_ |

4. Did a defendant commit fraud against Plaintiff in regards to a Christmas painting?

| | | |
|---|---|---|
| JONI RAE ROGERS | YES _X_ | NO ___ |
| SENEGENCE INTERNATIONAL | YES _X_ | NO ___ |

5. If you answered yes to three or four above, what damages, if any, do you award the plaintiff for defendants' fraud?

Answer: ONE DOLLAR

Based upon the above jury verdict in this matter:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.) Plaintiff Karie McDowell is awarded $24,422.80 in damages from the defendants for the copyright infringment.

2.) Plaintiff is also awarded $6,215.95 in costs pursuant to the September 19, 2003 Bill of Costs.

Dated: April 2, 2004

GARY L. TAYLOR

UNITED STATES DISTRICT COURT JUDGE

NAME, ADDRESS, AND TELEPHONE NUMBER
OF ATTORNEY(S)
4
JOHN M. BEALL #179921
ATTORNEY AT LAW
2747 N. GRAND # 264
SANTA ANA, CA 92705-8751
714 532 2777; 714 532 2999
ATTORNEY(S) FOR  PLAINTIFF MCDOWELL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCDOWELL<br><br>PLAINTIFF(S)<br>VS.<br>SENEGENCE et al<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV SACV02-226 GLT(MLGX)<br><br>PROOF OF SERVICE<br>ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of ORANGE                                   , State of California, and not a party to the above-entitled cause. On MARCH 12, 2004         ,

_____ , I served a true copy of PROPOSED JUDGMENT_____

AND BY FAX_____  [ ] by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(B); [X] by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: *(list names and addresses for person(s) served. Attach additional sheets if necessary.)*

```
     LANNON & ASSOC
     2081 BUSINESS CENTER DR. #270
     IRVINE, CA 92612

BY FACSIMILE
```

Place of Mailing: ORANGE, CA_____

Executed on MARCH 12_____ , 2004  at  ORANGE_____ , California

(OVER)

CV-40 (2/90)                                                                                                          CCD-40

PLEASE CHECK ONE OF THESE BOXES IF SERVICE IS MADE BY MAIL:

** [X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California. *

** [ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. *

I hereby certify under the penalty of perjury that the foregoing is true and correct.

** _____
SIGNATURE OF PERSON MAKING SERVICE
JOHN M. BEALL

## ACKNOWLEDGEMENT OF SERVICE

I, _____, Received a true copy of the within document on _____, _____.

_____
(Signature)

for: _____
(Party Served)

CV-40 (2/90)